**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-cr-03140-SRB-01 |
| | ) | |
| JOHN MICHAEL BRADLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is United States Magistrate Judge David P. Rush's Report and Recommendation (Doc. #90) to deny Defendant's Motion to Withdraw Plea of Guilty (Doc. #79.) No objections to the Report and Recommendation were filed, and the time to do so has passed.

After an independent and careful review of the record and applicable law, the Court ADOPTS Judge Rush's Report and Recommendation (Doc. #90). It is ORDERED that the Defendant's Motion to Withdraw Plea of Guilty (Doc. #79) is DENIED. It is further ORDERED that the Report and Recommendation be attached to and made a part of this Order.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
Dated: May 7, 2026                    UNITED STATES DISTRICT JUDGE